Esso MOTON, Appellant,

v.

Robert Lee MOTON, Respondent.

No. ED 76246.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 2000.

William K. Meehan, William K. Meehan, P.C., Clayton, for appellant.

Linda F. Jarman, St. Louis, for respondent.

Before LAWRENCE E. MOONEY, P.J., and PAUL J. SIMON, and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Esso Moton (wife), appeals from the judgment of dissolution of her marriage to Robert Moton (husband) and denying her maintenance entered in the Circuit Court of St. Louis County. Wife argues on appeal that the trial court erred because it failed to find: 1) her income was not sufficient to meet her reasonable needs; 2) there was no evidence she voluntarily limited her income; 3) Husband had the ability to pay; and 4) she met all of the statutory factors.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting detailed facts and restating principles of law would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Frederick DOUGLAS, Appellant.

No. ED 77169.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 26, 2000.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Frederick Douglas (Defendant) appeals his conviction for stealing, third offense, in violation of sections 570.030 and 570.040, RSMo Cum.Supp.1999. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).